# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUTURE TEXTILE, INC., a California Corporation;<br><br>        Plaintiff,<br><br>        vs.<br><br>BALDWIN SUN INC., a California Corporation d/b/a G COLLECTION; ROSS STORES, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:16-cv-8444-PA-JC<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to Honorable Percy Anderson |

1

# [PROPOSED] ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Dated: September 8, 2017

_____
The Honorable Percy Anderson
United States District Court Judge